Case: 1:24-cv-12731 Document #: 1-1 Filed: 12/11/24 Page 1 of 6 PageID #:11



US00D939812S

(12) **United States Design Patent** (10) Patent No.: **US D939,812 S**

Thurswell (45) Date of Patent: ** **Jan. 4, 2022**

(54) **HAIR TOWEL**

(71) Applicant: **Wouldn't It Be Nice LLC**, Plymouth, MI (US)

(72) Inventor: **Cassandra Thurswell**, Los Angeles, CA (US)

(73) Assignee: **Wouldn't It Be Nice LLC**, Plymouth, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/669,052**

(22) Filed: **Nov. 5, 2018**

(51) **LOC (13) Cl.** ............................................... **02-02**

(52) **U.S. Cl.**
USPC ............................................. **D2/867**; D2/825

(58) **Field of Classification Search**
USPC ........ D2/865, 866, 867, 870, 874, 877, 878,
D2/880, 881, 728, 823, 824, 825, 826,
D2/828, 831; D29/108
CPC .......... A41D 23/00; A42B 1/00; A42B 1/006;
A42B 1/04; A42B 1/041; A42B 1/045;
A42B 1/046; A42B 1/048; A42B 7/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D131,385 | S | * | 2/1942 | Crohn | ............................. D2/867 |
| 5,265,278 | A | * | 11/1993 | Watanabe | ................ A42B 1/04 |
| | | | | | 2/174 |
| 5,365,613 | A | * | 11/1994 | Henegan | ................ A42B 1/041 |
| | | | | | 2/171 |
| D381,790 | S | * | 8/1997 | Harris | ............................. D2/865 |
| D408,966 | S | | 5/1999 | Lawrence | |
| D412,234 | S | * | 7/1999 | Cox | ............................. D2/865 |
| D472,367 | S | | 4/2003 | Maya | |
| D486,622 | S | * | 2/2004 | Matsuda | ........................ D2/867 |
| D498,345 | S | | 11/2004 | Maya | |
| 7,412,729 | B1 | * | 8/2008 | McGovern | .............. A42B 1/041 |
| | | | | | 2/174 |

(Continued)

OTHER PUBLICATIONS

Personalized/Monogrammed HairTowel . . . [on-line]; [article available for sale on the Internet with a review posted on Aug. 2, 2015]; [retrieved from the Internet on Dec. 27, 2018]; URL: see bottom of first page. (5 pgs). (Year: 2015).*

(Continued)

*Primary Examiner* — Jasmine Mlinarcik
(74) *Attorney, Agent, or Firm* — Brooks Kushman P.C.

(57) **CLAIM**

The ornamental design for a hair towel, as shown and described.

**DESCRIPTION**

FIG. **1** is a side perspective view of a hair towel shown secured to a person's head;
FIG. **2** is a front elevational view of the hair towel of FIG. **1** shown secured to a person's head;
FIG. **3** is a rear elevational view of the hair towel of FIG. **1** shown secured to a person's head;
FIG. **4** is a left side elevational view of the hair towel of FIG. **1** shown secured to a person's head;
FIG. **5** is a right side elevational view of the hair towel of FIG. **1** shown secured to a person's head;
FIG. **6** is a front elevational view of the hair towel of FIG. **1** shown unfolded and not secured to a person's head; and,
FIG. **7** is a side elevational view of the hair towel of FIG. **1** shown unfolded and not secured to a person's head.
The dash-dot-dash broken line outline of the partial human figure assists in illustrating how the claimed design may appear when in use, but forms no part of the claimed design. The even-length broken lines and the tab outlined by dash-dot-dash broken lines depict features and portions of the hair towel that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



# US D939,812 S

Page 2

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D632,058 S | 2/2011 | Pritchett |
| D743,673 S | 11/2015 | Yoo |
| D775,792 S | 1/2017 | Jesu |
| D836,302 S * | 12/2018 | Alba .............................. D2/867 |
| 2007/0056079 A1* | 3/2007 | Didier .................... A42B 1/041 |
| | | 2/171 |
| 2008/0229479 A1* | 9/2008 | Butterly ................. A45D 19/18 |
| | | 2/174 |
| 2009/0151048 A1* | 6/2009 | Laury .................... A42B 1/043 |
| | | 2/202 |
| 2015/0335087 A1* | 11/2015 | Martin .................... A42B 1/12 |
| | | 2/174 |
| 2017/0042268 A1* | 2/2017 | Lessard .................. A42B 1/041 |

## OTHER PUBLICATIONS

Kitsch Microfiber Hair Towel Wrap for Women . . . [on-line]; [article available for sale on the Internet with a review posted on Jul. 15, 2018]; [retrieved from the Internet on Dec. 27, 2018]; URL: see bottom of first page. (5 pgs). (Year: 2018).*
https://www.amazon.com/SOFTOWN-Microfiber-Drying-Absorbent-buttons/product, Dec. 12, 2017, 2 pages.
https://www.amazon.com/ForNeat-Drying-Turban-Microfiber-Buttons/product-reviews/B07BQZ6JRL/ref=cm_cr_dp_d_show_all_btm?ie=UTF8&reviewerType=all_reviews, Aug. 10, 2018, 2 pages.
https://www.amazon.com/AuroTrends-Microfiber-Absorbent-Drastically-Peachblow/product-reviews/B019LKYXL6/ref=cm_cr_getr_d_paging_btm_14?ie=UTF8&reviewerType=all_reviews&sortBy=recent&pageNumber=14, Dec. 29, 2016, 2 pages.

* cited by examiner

Case: 1:24-cv-12731 Document #: 1-1 Filed: 12/11/24 Page 3 of 6 PageID #:13



**FIG. 1**



FIG. 2

FIG. 3



FIG. 4

FIG. 5

Case: 1:24-cv-12731 Document #: 1-1 Filed: 12/11/24 Page 6 of 6 PageID #:16



FIG. 7



FIG. 6